IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEOFFREY JONES,

    Petitioner,                    No. CIV S-04-2424 DFL PAN P

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file objections to the court's findings and recommendations filed January 6, 2006. Petitioner seeks an extension until April 15, 2006 to file objections. Good cause appearing, petitioner will be granted an extension of time until March 15, 2006 to file and serve objections. No further extensions of time will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's January 23, 2006 request for an extension of time is granted in part; and

/////

/////

/////

2. Petitioner is granted until March 15, 2006 to file and serve objections to the court's January 6, 2006 findings and recommendations. No further extensions of time will be granted.

DATED: February 17, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
jone2424.111